# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2022 KW 1352

**JANUARY 12, 2023**

---

In Re:   Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04145.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT